**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**PLAINTIFF,**<br><br>VS.<br><br>**ZIAD KHALEL,**<br>     **DEFENDANT.** | **CASE #:    23-20022-2**<br><br>**HON. GERSWIN A. DRAIN** |
| Regina McCullough, AUSA<br>Philip A Ross<br>US Attorney's Office<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(313) 226-9100<br>Email: regina.mccullough@usdoj.gov<br>philip.ross@usdoj.gov | Harold Gurewitz (P14468)<br>Gurewitz & Raben, PLC<br>333 W. Fort Street, Suite 1400<br>Detroit, MI 48226<br>(313) 628-4733<br>Email: hgurewitz@grplc.com |

**SENTENCING MEMORANDUM SUPPLEMENT**

Defendant Khalel submits this Supplement to provide information to the Court arising since January 27, 2026, the date of the Addendum to his Presentence Report.

**A.    Co-Defendant Sentences.**

Co-defendant Mustafa Hares was sentenced by this Court on April 20, 2026 to a term of 12 months and 1 day on his guilty plea to Health Care Fraud Conspiracy. According to the Government's sentencing memorandum, Hares' was a board -surgeon whose provider identification was used to submit more than $7.7

million in fraudulent claims and he netted a benefit of more than $600,000.00 (ECF 344: Government Sentencing Memorandum).

Co-defendant Nayra Hassan was sentenced by this Court on April 29, 2026 on her guilty plea to three counts of making false statements to a custodial term of six months. She worked for co-defendant Kazkaz as an executive secretary.

**B.      Defendant Khalel's Family Responsibilities**

Mr. Khalel has three sons. His 18 year-old son Anas has recently moved in with him from the home of Mr. Khalel's ex-wife Asmaa Yaseen. Mr. Khalel now has sole responsibility for the care and support of both Anas and Rami, age 21. Both are college students.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By:      s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email:  hgurewitz@grplc.com

Date:May 12, 2026                Attorney Bar Number: P14468

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com